APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____DIVISION

Timothy Tavarus Rivers:
**Plaintiff**

vs.

Bibb County Sheriff Office:
**Defendant**
Deputy Sgt. Pooler
Deputy Robert Scarborough
Deputy Tameka Nelson
Deputy Jeremy Zwaga

5:15-CV-092

RECEIVED CLERK'S OFFICE
2015 MAR 18 AM 9:12
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

**COMPLAINT**
(Double space text of complaint)

Now comes the above plaintiff and shows the Court the following:

1.

(Show plaintiff's residence or address.)
Timothy Rivers - Plaintiff
1213 Auburn Dr
Macon, GA 31206

2.

(Show defendant(s) address(es).)
Deputy Sgt. Freddie Pooler   Deputy Jeremy Zwaga
Deputy Robert Scarborough
Deputy Tamika Nelson
668 Oglethorpe St Macon, GA 31201

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.) U.S. Title 18 Section 242

November 24, 2014
1.) Bibb County Sheriff Deputies responded to my residence and never established whether ex-girlfriend was a tenant or not.
2.) Bibb County Sheriff Deputies threatened to arrest me if I didn't leave my residence or my yard.
3.) Property was stolen, damaged, and trashed due to Bibb County Sheriff Deputies negligents. I was deprived of my rights (Unequal Protection of the Law)

U.S. Title 18 Section 241
Bibb County Sheriff Deputies hindered my right or privileges secured to me by the Constitution of laws of the United States. I was demoted from E.O.D. K-9 Handler to the Correction facility.

APPENDIX A (Contd)
COMPLAINT FORMAT

Bibb County Sheriff Deputies deprived me of my rights. Bibb County Sheriff Deputy stated to me that I will be arrested if I didn't leave my residence. No crime was committed.

4.

(Give a brief, concise statement of the specific facts involved in your case.)

5.

(State the relief you are requesting.)

Im requesting for a $2,000,000.00 in U.S. Currency relief due to my rights being deprived. (Unequal Protection of the Law) To include court cost and fees.

Timothy L. Rivers   3-18-15
(Signature and date)

1213 Auburn Dr Macon, GA 31206
(Address)

478-365-6047
(Phone Number)